IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

THE BOEING COMPANY,          )
                                        )
          Plaintiff,          )   TC-MD 120274N
                                          )
          v.          )
                                        )
MULTNOMAH COUNTY ASSESSOR,   )
                                        )
          Defendant.   )   **DECISION**

Plaintiff filed its Complaint on April 12, 2012, challenging the assessment of property identified as Account R208337 (subject property) for the 2009-10 through 2011-12 tax years. By Order issued August 16, 2012, the court dismissed Plaintiff's appeal of the subject property for the 2009-10 and 2010-11 tax years, finding that Plaintiff failed to identify "good and sufficient cause" under ORS 305.288(3) for its failure to timely appeal those tax years.

The parties filed a written Stipulation on January 8, 2013, agreeing that the value of the subject property was as follows for the 2011-12 tax year:

Real Market Value
      Land:                      $ 5,548,460
      Improvements:        <u>$13,951,540</u>
      Total:                   $19,500,000

Assessed Value:          $16,610,500.

Because the parties are in agreement, the case is ready for judgment. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal of property identified as Account R208337 for the 2009-10 and 2010-11 tax years is dismissed.

IT IS FURTHER DECIDED that value of the property identified as Account R208337 was, as stipulated, for the 2011-12 tax year:

/ / /

Real Market Value
     Land:                            $  5,548,460
     Improvements:              $13,951,540
     Total:                        $19,500,000

Assessed Value:              $16,610,500.

     Dated this ___ day of January 2013.


                                                           ALLISON R. BOOMER
                                                          MAGISTRATE


***If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.***

***Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.***

***This document was signed by Magistrate Allison R. Boomer on January 9, 2013. The Court filed and entered this document on January 9, 2013.***